**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA**

IN RE: : Case No. 18-18179 (JKF)
    DONNA MEANS :
    Debtor : Chapter 13
     :

## CERTIFICATION OF EXIGENT CIRCUMSTANCES

Daniel Muklewicz, hereby certifies that debtor, Donna Means, filed a Chapter 13 bankruptcy on December 12, 2018 in order to save her home from a pending sheriff's sale on December 13, 2018. The exigent circumstances surrounding the bankruptcy filing made it impossible for debtor to obtain counseling prior to filing the petition.

Respectfully submitted,

AVALLONE LAW ASSOCIATES

Date: February 4, 2019

_____
Daniel Muklewicz
I.D. No. 320322
215 S. Broad Street, Fifth Floor
Philadelphia, PA 19107-5318
(215) 735-5525—voice
(215) 545-3817—facsimile
dmuklewicz@avallonelaw.com