IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:      DONNA MEANS              :     Chapter 13
                                     :
                                     :
                                     :
            Respondent               :     No. 18-18179-JKF

## ORDER

AND NOW, this           day of                , 2019, upon consideration of the Motion of Scott F. Waterman, Esquire, Chapter 13 Standing Trustee's for Dismissal, all response thereto, and evidence in support and opposition to the Motion,

ORDERED that said Motion be, and hereby is DENIED.

BY THE COURT:


_____
Judge Jean K. Fitzsimon
United States Bankruptcy Judge

Interested Parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Donna Means
422 Shetland Road
Darby, PA 19023

Lawrence J. Avallone, Esquire
Avallone Law Associates
215 S. Broad Street, 5th Floor
Philadelphia, PA 19107

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  DONNA MEANS  :  Chapter 13
:
:
:
Respondent  :  No. 18-18179-JKF

## DEBTORS' ANSWER TO MOTION FOR DISMISSAL

Debtor DONA MEANS by her attorney, Daniel Muklewicz, answers the Motion for Dismissal, stating as follows:

1. Admitted.

2. Admitted.

3. Denied. Debtor is amending her plan to address the trustee's concerns regarding feasibility. The amended plan is forthcoming.

WHEREFORE, Debtor respectfully requests that this Court enter an Order denying the Motion for Dismissal.

**Respectfully submitted,**

**AVALLONE LAW ASSOCIATES**

06/13/2019
DATE

Daniel Muklewicz, Esquire
Attorney for Debtor
215 S. Broad Street, Fifth Floor
Philadelphia, PA 19107-5318
(215) 735-5525
Attorney ID No. 320322
Email: dmuklewicz@avallonelaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:      DONNA MEANS                    :      Chapter 13
                                           :
                                           :
            Respondent                     :      No. 18-18179-JKF

**CERTIFICATION OF SERVICE
DEBTOR'S ANSWER TO MOTION FOR DISMISSAL**

I, Daniel Muklewicz, Attorney for Debtor, hereby certify that on the date indicated below, I served by first class mail or electronic means a copy of the accompanying Answer to the Motion for Dismissal filed by the chapter 13 standing trustee, Scott F. Waterman, Esquire upon the following:

Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606


AVALLONE LAW ASSOCIATES

6/13/2019
DATE

Daniel Muklewicz, Esquire
Attorney for Debtor
215 S. Broad Street, Fifth Floor
Philadelphia, PA 19107-5318
(215) 735-5525
Attorney ID No. 320322
Email: dmuklewicz@avallonelaw.com