**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    Donna Means,            : Chapter 13
                    Debtor        : Case No. 18-18179-jkf

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of the Delaware County Tax Claim Bureau in the above case.

**TOSCANI & GILLIN, P.C.**

Dated: __4/9/2020__        BY: _/s/ Stephen V. Bottiglieri_____
                Stephen V. Bottiglieri, Esquire
                230 N. Monroe Street
                Media, PA 19063
                Phone (610) 565-2211
                Fax (610) 565-1846
                sbottiglieri@toscanigillin.com
                Counsel to Delaware County Tax Claim Bureau

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw my appearance on behalf of the Delaware County Tax Claim Bureau in the above case.

Respectfully submitted:

**TOSCANI & GILLIN, P.C.**

Dated: __4/9/2020__        BY: _/s/ Leonard B. Altieri, III_____
                Leonard B. Altieri, III, Esquire