IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:     **DONNA MEANS**          :     **Chapter 13**
:
:
:
**Debtor**          :     **No. 18-18179-JKF**

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Debtor, Donna Means, has filed an objection to the proof of claim you filed in this bankruptcy case.

1. Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held on July 22, 2020 at 11:00 a.m., in Courtroom 3, United States Bankruptcy Court. Easter District of Pennsylvania, 900 Market Street, Suite 400, Philadelphia, Pa. 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. If you intend to appear at the hearing to contest the objection to your claim, you must notify the person listed below at least 7 days before the hearing date. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

6/9/2020
DATE

AVALLONE LAW ASSOCIATES

_Daniel Muklewicz_
Daniel Muklewicz, Esquire
Attorney for Debtor
215 S. Broad Street, Fifth Floor
Philadelphia, PA 19107-5318
(215) 735-5525
Attorney ID No. 320322
Email: dmuklewicz@avallonelaw.com