| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 18-18179-AMC

DONNA  MEANS                                          Petition Filed Date: 12/12/2018
422 SHETLAND RD                                       341 Hearing Date: 03/01/2019
DARBY  PA    19023-2325                               Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $188.94 | | 03/06/2019 | $227.43 | | 03/06/2019 | $100.00 | |
| 04/15/2019 | $310.78 | | 05/13/2019 | $310.00 | | 06/13/2019 | $227.43 | |
| 08/21/2019 | $227.43 | | 10/23/2019 | $229.43 | | 06/17/2020 | $1,000.00 | |

**Total Receipts for the Period: $2,821.44   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,821.44**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,821.44 | Current Monthly Payment: | $227.43 |
| Paid to Claims: | $0.00 | Arrearages: | $1,727.16 |
| Paid to Trustee: | $259.30 | Total Plan Base: | $13,645.80 |
| Funds on Hand: | $2,562.14 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.