IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  DONNA MEANS  :  Chapter 13
: 
: 
: 
:  No. 18-18179-JKF

ATTORNEY CERTIFICATION OF ATTEMPTS TO REACH DEBTOR

Daniel Muklewicz, Esquire of Avallone Law Associates, certifies that he attempted to contact debtor by email on: March 16, 2021; March 10, 2021; February 16, 2021; February 3, 2021; January 18, 2021; two emails on January 12, 2021; December 15, 2020; October 28, 2020 and October 27, 2020. Debtor did not respond to said emails. Debtor's counsel also certifies that he left a voicemails for debtor, which were not returned, on the following dates: March 16, 2021; March 10, 2021; and February 3, 2021.

AVALLONE LAW ASSOCIATES

BY: _____
DANIEL MUKLEWICZ, ESQUIRE