IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | DONNA MEANS | : | Chapter 13 |
| | | : | |
| | | : | |
| | | : | |
| | | : | No. 18-18179-JKF |

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

I, Daniel Muklewicz, of AVALLONE LAW ASSOCIATES, attorney for the debtor, Donna Means, has filed a Motion for Alternative Distribution.

1. **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. A hearing date has been requested as listed below. If you want to respond in writing, do so as follows:

   a. File an answer explaining your position at: United States Bankruptcy Clerk, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107. If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   b. Mail a copy to movant' attorney: Daniel Muklewicz, Esq., Avallone Law Associates, 215 S. Broad Street, 5th Floor, Philadelphia, PA 19107

3. If you or your attorney do not take the steps described in paragraphs 1 above and attend the hearing, the court may enter an order granting the relief request in the motion.

4. **A hearing on the Motion** is scheduled to be held on 06/02/2021, **at 11:00 a.m. in United States Bankruptcy Court, (900 Market Street, Courtroom 4, Philadelphia, PA 19107).** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

5. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

6. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

7. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

### Filing Instructions

8. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

9. **If you are not required to file electronically**, you must file your response at (Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107).

10. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

AVALLONE LAW ASSOCIATES

BY: *Daniel Muklewicz*
DANIEL MUKLEWICZ, ESQUIRE
215 South Broad Street, Fifth Floor
Philadelphia, PA 19107
(215) 735-552