## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | **DONNA MEANS** | : | Chapter 13 |
| | | : | |
| | | : | |
| | | : | |
| | | : | No. 18-18179-JKF |

### CERTIFICATION OF NO RESPONSE

Daniel Muklewicz, hereby certifies that more than fourteen (14) days have elapsed from the date of service of the Motion for Alternative Disbursement, that neither the debtor nor any other party in interest has served upon counsel for movant an answer, objection or other responsive pleading. Counsel, therefore, requests entry of an Order granting the said Motion.

**Respectfully submitted,**

**AVALLONE LAW ASSOCIATES**

Date: June 1, 2021

/s/ Daniel Muklewicz

Daniel Muklewicz, Esquire
Attorney ID No. 320322
215 S. Broad Street, Fifth Floor
Philadelphia, PA 19107-5318
(215) 735-5525—voice
(215) 545-3817—facsimile
dmuklewicz@avallonelaw.com