# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:     DONNA MEANS                  :     Chapter 13
          :
          :
          :
           Debtor                        :     No. 18-18179-AMC

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of attorney Daniel Muklewicz's Motion for Alternative Disbursement, it is

ORDERED that said Motion be, and hereby is GRANTED; and it is further

ORDERED that Avallone Law Associates may submit an application for compensation.

BY THE COURT:

Date: June 2, 2021

_____
**Ashely M. Chan**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    DONNA MEANS    Chapter 13

Debtor    No. 18-18179-JKF

**MOTION FOR ALTERNATIVE DISBURSEMENT**

Daniel Muklewicz, Esquire, on behalf of Avallone Law Associates respectfully requests that this Court grant his request for an alternative disbursement of any undisbursed funds and in support thereof respectfully represents as follows:

1. Avallone Law Associates filed this Chapter 13 bankruptcy on debtor's behalf on or about December 12, 2018.

2. This Court entered an order dated April 7, 2021 dismissing debtor's bankruptcy and which order further stated that any undisbursed funds held by the Chapter 13 trustee be refunded to Debtor unless a party files a Motion for Alternative Disbursement. See Docket No. 106.

3. Avallone Law Associates performed the following on behalf of debtor: prepared and filed petition and schedules, attended 341 creditor's meeting, filed debtor's plan, communicated with creditors, trustee, and the court, and filed objection to claim of Bayview loan servicing, among other things.

4. Avallone Law Associates intends to submit an application for compensation should the Court grant this Motion for Alternative Disbursement.

WHEREFORE, Daniel Muklewicz, Esquire, respectfully requests that this Court enter an Order granting his request for an alternative disbursement of any undisbursed funds.

|  |  |
|---|---|
| L[ /z /'2.-j<br>DATE | **Respectfully submitted,**<br>**AVALLONE LAW ASSOCIATES**<br><br>Daniel Muklewicz, Esquire<br>Attorney for Debtor<br>215 S. Broad Street, Fifth Floor<br>Philadelphia, PA 19107-5318<br>(215) 735-5525<br>Attorney ID No. 320322<br>Email: dmuklewicz@avallonelaw.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    DONNA MEANS                                  Chapter 13

                Debtor                          No. 18-18179-JKF

**CERTIFICATION OF SERVICE**

I, Daniel Muklewicz, Esquire, hereby certify that on the date indicated below, I served by first class mail or electronic means a copy of the accompanying Motion for Alternative Disbursement upon the following:

Polly A. Langdon, Esq.                   Donna Means
Scott F. Waterman, Esq.                  422 Shetland Road
Standing Chapter 13 Trustee              Darby, PA 19023
2901 St. Lawrence Street
Suite 100
Reading, PA 19606

                                         AVALLONE LAW ASSOCIATES

Y/23/t,r                                 /s/ Daniel Muklewicz
DATE                                     Daniel Muklewicz, Esquire
                                         Attorney for Debtor
                                         215 S. Broad Street, Fifth Floor
                                         Philadelphia, PA 19107-5318
                                         (215) 735-5525
                                         Attorney ID No. 320322
                                         Email: dmuklewicz@avallonelaw.com