United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-18179-amc |
| Donna Means | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 03, 2021 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Donna Means, 422 Shetland Rd., Darby, PA 19023-2325 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 04 2021 03:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 04 2021 03:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 04 2021 03:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/Text: duffyk@co.delaware.pa.us | Jun 04 2021 03:09:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | COMMUNITY LOAN SERVICING, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor Bayview Loan Servicing LLC, A Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| LAWRENCE J. AVALLONE | on behalf of Debtor Donna Means ljavallone@avallonelaw.com aknight@avallonelaw.com;dmuklewicz@avallonelaw.com;alareceptionist@avallonelaw.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Bayview Loan Servicing LLC, A Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:    **DONNA MEANS** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **No. 18-18179-AMC** |

<u>ORDER</u>

AND NOW, this _____ day of _____, 2021, upon consideration of attorney Daniel Muklewicz's Motion for Alternative Disbursement, it is

**ORDERED** that said Motion be, and hereby is **GRANTED**; and it is further

**ORDERED** that Avallone Law Associates may submit an application for compensation.

BY THE COURT:

Date: June 2, 2021

_____
**Ashely M. Chan
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    DONNA MEANS    Chapter 13

Debtor    No. 18-18179-JKF

**MOTION FOR ALTERNATIVE DISBURSEMENT**

Daniel Muklewicz, Esquire, on behalf of Avallone Law Associates respectfully requests that this Court grant his request for an alternative disbursement of any undisbursed funds and in support thereof respectfully represents as follows:

1. Avallone Law Associates filed this Chapter 13 bankruptcy on debtor's behalf on or about December 12, 2018.

2. This Court entered an order dated April 7, 2021 dismissing debtor's bankruptcy and which order further stated that any undisbursed funds held by the Chapter 13 trustee be refunded to Debtor unless a party files a Motion for Alternative Disbursement. See Docket No. 106.

3. Avallone Law Associates performed the following on behalf of debtor: prepared and filed petition and schedules, attended 341 creditor's meeting, filed debtor's plan, communicated with creditors, trustee, and the court, and filed objection to claim of Bayview loan servicing, among other things.

4. Avallone Law Associates intends to submit an application for compensation should the Court grant this Motion for Alternative Disbursement.

WHEREFORE, Daniel Muklewicz, Esquire, respectfully requests that this Court enter an Order granting his request for an alternative disbursement of any undisbursed funds.

                                                                                **Respectfully submitted,**
                                                                                **AVALLONE LAW ASSOCIATES**

_LJ /z /'2.-j_
DATE

                                      Daniel Muklewicz, Esquire
                                      Attorney for Debtor
                                      215 S. Broad Street, Fifth Floor
                                      Philadelphia, PA 19107-5318
                                      (215) 735-5525
                                      Attorney ID No. 320322
                                      Email: dm u klewic z@ava ll o nelaw. t:om

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   DONNA MEANS                            Chapter 13

                    Debtor                     No. 18-18179-JKF

## CERTIFICATION OF SERVICE

I, Daniel Muklewicz, Esquire, hereby certify that on the date indicated below, I served by first class mail or electronic means a copy of the accompanying Motion for Alternative Disbursement upon the following:

Polly A. Langdon, Esq.            Donna Means
Scott F. Waterman, Esq.           422 Shetland Road
Standing Chapter 13 Trustee       Darby, PA 19023
2901 St. Lawrence Street
Suite 100
Reading, PA 19606

AVALLONE LAW ASSOCIATES

**Y/23/t,r**
DATE

Daniel Muklewicz, Esquire
Attorney for Debtor
215 S. Broad Street, Fifth Floor
Philadelphia, PA 19107-5318
(215) 735-5525
Attorney ID No. 320322
Email: dmuklewicz@avallonelHN.com