IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA

In Re:  **Donna Means**  :  Chapter 13

:

**Debtors**  :  No. 18-18179-AMC

# NOTICE OF APPLICATION FOR APPROVAL OF COUNSEL FEE AND ITEMIZED STATEMENT OF SERVICES RENDERED

## NOTICE IS GIVEN:

1. That an application for approval of counsel fee and itemized statement of services rendered on behalf of the above-captioned Debtor has been filed by Daniel Muklewicz, Esquire, AVALLONE LAW ASSOCIATES, 215 South Broad Street, Fifth Floor, Philadelphia, Pa. 19107-5318.

2. That counsel is requesting a fee and costs in the sum of $2,562.14.

3. That the aforesaid motion is on file with the Clerk, United States Bankruptcy Court, U.S. Bankruptcy Court, 900 Market Street, Suite 400 Philadelphia, Pa. 19107 and is available there for inspection.

4. That any answer, objection, request for hearing or other responsive pleading to the motion must be filed with the Court and served on counsel at the address shown within fourteen (14) days of the date of this notice.

5. That in the absence of any answer or objection, the Court may grant the relief requested.

AVALLONE LAW ASSOCIATES

Dated: **August 20, 2021**

By: *[signature]*
**Daniel Muklewicz**
215 South Broad Street, Fifth Floor
Philadelphia, Pa. 19107-5318
Telephone (215) 735-5525
Facsimile (215) 545-3817
dmuklewicz@avallonelaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Donna Means | : | Chapter 13 |
| | | : | |
| | Debtors | : | No. 18-18179-AMC |

# O R D E R

**AND NOW** upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $2,562.14.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

BY THE COURT:

_____
**Ashley M. Chan**
**United States Bankruptcy Judge**

cc:
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pa. 19107

William C. Miller, Esq.
Chapter 13 Standing Trustee
111 S. Independence Mall-Suite 583
Philadelphia, Pa. 19106

Donna Means
422 Shetland Rd.
Darby, PA 19023

Lawrence J. Avallone, Esquire
AVALLONE LAW ASSOCIATES
215 South Broad Street, Fifth Floor
Philadelphia, Pa. 19107-5318

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | **Donna Means** | : | Chapter 13 |
| | | : | |
| | **Debtor** | : | No. 18-18179-AMC |

# APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Daniel Muklewicz of AVALLONE LAW ASSOCIATES, applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents as follows:

1. Applicant is counsel for Donna Means (hereinafter sometimes referred to as "Debtor").

2. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor, the services and expenses were actual and necessary, and the compensation requested for those services are reasonable.

3. The Debtors paid applicant $1,200.00 in attorney fees and costs prior to the filing of the petition.

4. Applicant requests an award of compensation and costs of $2,562.14, which represents the balance on hand, all of which $8,980.60 are unpaid, for approximately 27 hours expended in providing the following services:

Prepare petition, Chapter 13 Plan and schedules; Amend Debtor's Chapter 13 Plan; attend 341 hearing; file objection to claim and negotiate payment of post-petition arrears with secured creditor; respond to trustee's motion to dismiss; submit application for loan modification and

appeal the loan modification denial; multiple phone conference with counsel for Delaware County Tax Bureau for property tax arrears; and phone conferences and email communications with client, trustee, and counsel for creditor.

A true and correct copy of applicant's itemized invoice is hereto as Exhibit "A".

5. Applicant has reduced his fees to reflect changes made to Debtor's Chapter 13 Plan.

6. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm.

**WHEREFORE,** applicant requests an award of $2,562.14 in compensation.

**Dated: August 20, 2021**

AVALLONE LAW ASSOCIATES

By: *Daniel Muklewicz*
**Daniel Muklewicz
215 South Broad Street, Fifth Floor
Philadelphia, Pa. 19107-5318
Telephone (215) 735-5525
Facsimile (215) 545-3817
dmuklewicz@avallonelaw.com**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | **Donna Means** | : | Chapter 13 |
| | | : | |
| | **Debtors** | : | No. 18-18179-AMC |

## CERTIFICATION OF SERVICE OF NOTICE OF APPLICATION FOR APPROVAL OF COUNSEL FEE AND ITEMIZED STATEMENT OF SERVICES **RENDERED**

  I, Daniel Muklewicz, Attorney for the Debtor, do hereby certify under penalty of perjury that on the date indicated below I served a copy of the above-mentioned Application for Approval of Counsel Fee and Itemized Statement of Services Rendered electronically or by mail upon all entities listed below. I served a copy of the Notice of Application for Approval of Counsel fee and Itemized Statement of Services Rendered upon the matrix list of creditors by first class mail.

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pa. 19107

Donna Means
422 Shetland Rd.
Darby, PA 19023

William C. Miller, Esq.
Chapter 13 Standing Trustee
111 S. Independence Mall-Suite 583
Philadelphia, Pa. 19106

             AVALLONE LAW ASSOCIATES

8/20/2021
**Date**

             **Daniel Muklewicz**
             **Attorney I.D. No. 320322**
             **215 South Broad Street, Fifth Floor**
             **Philadelphia, Pa. 19107**
             (215)-735-5525

# EXHIBIT "A"

**Avallone Law Associates**   215 S. Broad Street, Fifth Floor, Philadelphia, PA 19107   215-735-5525

Donna Means
422 Shetland Rd.
Darby, PA 19023

July 29, 2019

Invoice #15903

In Reference To: Chapter 13 Bankruptcy

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/7/2018 | DM | Phone call with client re: chapter 13 bankrupcty | 0.10 $200.00/hr | NO CHARGE |
| 12/12/2018 | LJA | Telephone conference with Donna Means re: file chapter 13 petition, stop sheriff sale of real estate; review petition with DM. | 0.40 $295.00/hr | $118.00 |
| | DM | Phone call with client re: chapter 13 bankruptcy, income, liabilities, assets and credit counseling course. Draft chapter 13 bankruptcy petition for filing as an emergency petition. File chapter 13 bankruptcy with the Eastern District of Pennsylvania. Draft correspondence letter to sheriff and tax claim bureau. | 1.60 $200.00/hr | $320.00 |
| 12/13/2018 | DM | E-mail to tax claim bureau re: sheriff sale and bankruptcy stay | 0.10 $200.00/hr | $20.00 |
| 12/17/2018 | DM | Draft bankruptcy schedules. Email to client re: additional information needed for schedules. | 0.30 $200.00/hr | $60.00 |
| 12/18/2018 | DM | File statement about social security numbers. Left voicemail/follow up email to client re: additional information for creditors required. | 0.30 $200.00/hr | $60.00 |
| 12/19/2018 | DM | Left voicemail for client re: bankruptcy information needed. Follow up email to client re: need additional bankruptcy information and will file motion if she provides no response. Draft and file motion to extend deadlines in Chapter 13 Bankruptcy. | 0.50 $200.00/hr | $100.00 |
| 12/24/2018 | DM | Left voicemail/follow up email to client re: request for additional information | 0.10 $200.00/hr | $20.00 |
| 12/26/2018 | DM | Left voicemail for client/email correspondence with client re: assets, income, expenses and mortgage statements. Draft schedules I and A/B. | 1.00 $200.00/hr | $200.00 |
| 1/2/2019 | DM | Draft bankruptcy schedules. Left voicemail/follow up email to client. | 0.40 $200.00/hr | $80.00 |
| 1/4/2019 | DM | Draft and file bankruptcy schedules, chapter 13 plan, form 122C calculation of monthly income and miscellaneous forms | 3.50 $200.00/hr | $700.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/17/2019 | DM | Phone call with client re: status of chapter 13 bankruptcy | 0.10<br>$200.00/hr | $20.00 |
| 1/21/2019 | DM | Review bankruptcy schedules for phone call with client. Review schedules and plan with client | 0.50<br>$200.00/hr | $100.00 |
| 2/1/2019 | DM | Review bankruptcy docket. Phone call with court clerk re: rule to show cause hearing scheduled for 2/6. | 0.30<br>$200.00/hr | $60.00 |
| 2/4/2019 | DM | Review rule to show cause order. Check for Certificate of Exigent Circumstances form on Eastern District of PA website. Draft certificate of exigent circumstances. Phone call with court clerk re: rule to show cause hearing and cancellation of hearing | 0.40<br>$200.00/hr | $80.00 |
| 2/5/2019 | DM | Phone call to court clerk to confirm hearing is canceled | 0.10<br>$200.00/hr | $20.00 |
| 2/27/2019 | DM | E-mail to trustee's office to request continuance of 341 hearing. Left voicemail for clerk re: continuance request. | 0.20<br>$200.00/hr | $40.00 |
| 2/28/2019 | DM | E-mail to clerk for trustee re: continuance of 341 hearing. | 0.10<br>$200.00/hr | $20.00 |
| 3/11/2019 | DM | Letter to client re: mortgage in arrears | 0.30<br>$200.00/hr | $60.00 |
| 3/15/2019 | DM | Phone call with client re: 341 Hearing. | 0.20<br>$200.00/hr | $40.00 |
| 4/10/2019 | DM | Phone call with client re: preparation for 341 hearing. Submit documents to the trustee via the trustee's website for 341 hearing. | 0.50<br>$200.00/hr | $100.00 |
| 4/11/2019 | DM | E-mail to trustee's office re: 341 hearing. | 0.10<br>$200.00/hr | $20.00 |
| 4/12/2019 | DM | Brief meeting with client prior to 341 hearing. Attend 341 hearing before chapter 13 trustee Scott Waterman. | 0.50<br>$200.00/hr | $100.00 |
| 6/13/2019 | DM | Draft and file answer to motion to dismiss chapter 13 bankruptcy | 0.30<br>$200.00/hr | $60.00 |
| 6/14/2019 | LJA | E-mail exchange with DM re: feasibility of Donna Means plan, preparation of amended plan or conversion of chapter 7 | 0.10<br>$295.00/hr | $29.50 |
|  | DM | Review proofs of claim. Draft first amended chapter 13 plan | 1.50<br>$200.00/hr | $300.00 |
|  |  | **For professional services rendered** | **13.50** | **$2,727.50** |

Additional Charges :

|  |  |  | Qty/Price |  |
|---|---|---|---|---|
| 12/12/2018 | DM | Chapter 13 Petition Fee | 1<br>$310.00 | $310.00 |
|  |  | **Total additional charges** |  | **$310.00** |
|  |  | **Total amount of this bill** |  | **$3,037.50** |

|  | Amount |
|---|---|
| Accounts receivable transactions | |
| 12/12/2018 Payment - Thank You | ($500.00) |
| 1/4/2019 Payment - Thank You | ($400.00) |
| 3/15/2019 Payment - Thank You | ($300.00) |
| **Total payments and adjustments** | **($1,200.00)** |
| Balance due | $1,837.50 |

# Avallone Law Associates

**INVOICE**

215 S Broad St, 5th Floor
Philadelphia, PA 19107
United States

Invoice # 258
Date: 08/19/2021
Due On: 09/18/2021

Donna Means
422 Shetland Rd.
Darby, PA 19023

## 01603-Means

## Means, Donna (Bankruptcy)

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 08/23/2019 | Review: Review trial modification offer and loan modification offer. Email correspondence with client. | 0.20 | $200.00 | $40.00 |
| Service | 08/26/2019 | Phone call: Left message/follow up email to mortgage service re: trial modification. Phone call with Ana Alvarez from Bayview Loan Servicing re: capitalized real estate tax payments. Email to client re: loan modification. | 0.20 | $200.00 | $40.00 |
| Service | 08/27/2019 | E-mail: E-mail to clerk for trustee re: continuance. | 0.10 | $200.00 | $20.00 |
| Service | 08/28/2019 | E-mail: E-mail to DM in re: confirmation hearing. Discussion in re: confirmation of case, submission of application for compensation. | 0.10 | $295.00 | $29.50 |
| Service | 09/09/2019 | Review: Review Delaware County Tax Collector's website re: delinquent real estate taxes. Email correspondence with tax collector re: confirmation that tax sale is stayed due to bankruptcy. Email correspondence with client re: acceptance of loan modification. | 0.40 | $200.00 | $80.00 |
| Service | 09/10/2019 | Review: Review delinquent real estate tax balance. Email to Delaware County Tax Claim Bureau in re: property is not up for tax sale. Email to attorney for Bayview Loan Servicing in re: real estate taxes in arrears added to principal balance. | 0.40 | $200.00 | $80.00 |
| Service | 09/10/2019 | Conference: Conference with DM and ER in re: Bayview Loan Servicing. Discussion in re: client willingness to accept trial modification if it includes all arrearages. | 0.30 | $295.00 | $88.50 |
| Service | 09/13/2019 | Review: Review most recent mortgage statement, real estate tax balance, trial modification offer and permanent modification proposal. Left voicemail/follow up for attorney for mortgage servicer. | 0.30 | $200.00 | $60.00 |

Invoice # 258 - 08/19/2021

| | | | | | |
|---|---|---|---|---|---|
| Service | 09/16/2019 | Voicemail: Left voicemail for attorney for mortgage servicer re: delinquent real estate taxes. | 0.10 | $200.00 | $20.00 |
| Service | 09/19/2019 | Research: Research on acceptance of modification during Chapter 13 bankruptcy. Email to client re: modification and capitalization of real estate tax arrears into modification. | 0.40 | $200.00 | $80.00 |
| Service | 09/20/2019 | E-mail: E-mail to trustee's clerk re: court approval of loan modification. | 0.10 | $200.00 | $20.00 |
| Service | 11/05/2019 | E-mail: E-mail to trustee re: postpone confirmation hearing. Email to client re: status of trial modification. | 0.10 | $200.00 | $20.00 |
| Service | 11/08/2019 | E-mail: E-mail to client re: trial modification. | 0.20 | $200.00 | $40.00 |
| Service | 12/03/2019 | Phone call: Phone call with Bayview Loan servicing re: status trial modification. Email correspondence with client re: status of trial modification and phone conference. Follow up phone call with client re: trial modification. Email correspondence with trustee re: continuance of hearing. | 0.30 | $200.00 | $60.00 |
| Service | 01/04/2020 | Review: Review objection to confirmation of chapter 13 plan. Email to counsel for Delaware County Tax Claim Bureau. Left message for client re: status of loan modification. Email to loan servicer re: status of loan modification. | 0.40 | $200.00 | $80.00 |
| Service | 02/04/2020 | Phone call: Phone call with Bayview Loan Servicing re: dispute loan modification denial. Email to trustee re: request continuance. Email to client re: status update. | 0.50 | $200.00 | $100.00 |
| Service | 02/04/2020 | Conference: Conference with DM re: mortgage modification, effect of confirmation of chapter 13 plan; Discussion re: amendment of chapter 13 plan, re: Delaware County Tax Claim Bureau objection to confirmation. | 0.40 | $295.00 | $118.00 |
| Service | 02/05/2020 | Conference: Conference with DM re: confirmation hearing, mortgage modification issue re: capitalizing delinquent taxes; Conference with ER re: preparation of application for compensation. | 0.10 | $295.00 | $29.50 |
| Service | 02/26/2020 | Conference: Conference with DM re: March 11 confirmation hearing; Discussion re: feasibility of plan. | 0.10 | $295.00 | $29.50 |
| Service | 02/27/2020 | Phone call: Phone call with mortgage servicer re: trial mod/application of overpayments. Draft appeal to loan modification denial. Send appeal to Bayview and client. | 1.00 | $200.00 | $200.00 |
| Service | 03/10/2020 | E-mail: E-mail to trustee re: continue hearing on motion to dismiss for failure to make payments and loan modification denial. | 0.10 | $200.00 | $20.00 |
| Service | 03/30/2020 | E-mail: E-mail to client re: delinquent trustee payments | 0.10 | $200.00 | $20.00 |

Invoice # 258 - 08/19/2021

| | | | | | |
|---|---|---|---|---|---|
| | | and set up call. | | | |
| Service | 04/06/2020 | E-mail: E-mail to client re: denial of appeal, trustee payments and confirmation hearing. | 0.10 | $200.00 | $20.00 |
| Service | 04/07/2020 | Phone call: Phone call with client re: denial to appeal. | 0.10 | $200.00 | $20.00 |
| Service | 05/12/2020 | Review: Review trustee payment history, claims and feasibility of plan. Review Bayview Loan Servicing Notice of Claim. Research objection to claim. | 1.20 | $200.00 | $240.00 |
| Service | 06/08/2020 | Review: Review Bayview's claim. Research basis for objection to claim. Draft objection to claim. | 2.50 | $200.00 | $500.00 |
| Service | 06/09/2020 | Draft: Draft/revise objection to claim and notice of objection. File objection and notice. Email to trustee re: motion to dismiss. Email objection to client. | 1.70 | $200.00 | $340.00 |
| Service | 06/12/2020 | Phone call: Phone call with attorney for Bayview re: objection to claim. Conference with LJA re: loan modification not recorded. | 0.50 | $200.00 | $100.00 |
| Service | 06/12/2020 | Conference: Conference with DM re: objection to proof of claim; Discussion re: hearing date. | 0.30 | $295.00 | $88.50 |
| Service | 07/16/2020 | Review: Review plan and claims. Email to client re: settlement on objection to claim and loan modification. | 0.80 | $200.00 | $160.00 |
| Service | 07/20/2020 | Voicemail: Left voicemail and email for client re: objection to claim. | 0.10 | $200.00 | $20.00 |
| Service | 07/21/2020 | Voicemail: Left voicemail/follow up email to client re: objection to claim. Email to attorney for Bayview re: continuance. Phone call with court clerk re: continuance. | 0.20 | $200.00 | $40.00 |
| Service | 07/21/2020 | Voicemail: Left client voicemail and follow up email re: settlement. Email correspondence with attorney for mortgage servicer re: negotiation on objection to claim. Phone call with court clerk re: continuance. | 0.30 | $200.00 | $60.00 |
| Service | 08/25/2020 | E-mail: E-mail correspondence with attorney for Bayview re: continuance, Email correspondence /follow up phone call with court clerk re: continuance. | 0.20 | $200.00 | $40.00 |
| Service | 09/18/2020 | E-mail: E-mail to client re: settlement of attorney's fees. Follow up email to client. Email to attorney for Bayview re: settlement. Email to trustee re: continuance. | 0.30 | $200.00 | $60.00 |
| Service | 09/21/2020 | E-mail: email to client re: settling claim | 0.20 | $200.00 | $40.00 |
| Service | 09/22/2020 | E-mail: E-mail to client re: settlement of Attorney fees. Follow up email to client. Email to Attorney for Bayview re: settlement. Email to trustee re: continuance | 0.30 | $200.00 | $60.00 |
| Service | 09/23/2020 | E-mail: email to attorney for Bayview re: hearing | 0.10 | $200.00 | $20.00 |

Invoice # 258 - 08/19/2021

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/27/2020 | Phone call: Phone call with opposing counsel re: hearing. Phone call with client re: hearing. Conference with LJA re: objection to claim. | 0.50 | $200.00 | $100.00 |
| Service | 10/27/2020 | Phone call: Phone call with opposing counsel re: hearing. Phone call with client re: hearing. Conference with LJA re: objection to claim | 0.50 | $200.00 | $100.00 |
| Service | 10/27/2020 | Conference: Two extended conference with DM re: objection to bank proof of claim; discussion re: confirmability of Chapter 13 plan | 1.00 | $295.00 | $295.00 |
| Service | 10/28/2020 | Draft: Draft notes/preparation for hearing. Email correspondence with client re: hearing. Attend hearing on objection. Email correspondence with opposing counsel. | 1.50 | $200.00 | $300.00 |
| Service | 11/05/2020 | Conference: Conference with SS re: statement. | 0.20 | $200.00 | $40.00 |
| Service | 12/14/2020 | Phone call: Phone call with client re: objection to claim and payment of arrears | 0.10 | $200.00 | $20.00 |
| Service | 12/15/2020 | Review and revise: Review and Revise supplement to objection to claim. Email correspondence with client re: settlement offer. Email correspondence with opposing counsel re: settlement offer. Email to court re: continuance for settlement. | 0.70 | $200.00 | $140.00 |
| Service | 12/18/2020 | E-mail: Email correspondence with counsel for mortgage company re: settlement of claim | 0.10 | $200.00 | $20.00 |
| Service | 12/18/2020 | E-mail: Email correspondence with attorney for mortgage re: settling claims | 0.10 | $200.00 | $20.00 |
| Service | 01/12/2021 | Phone call with attorney for mortgagee. Email to client re: objection to claim. | 0.10 | $200.00 | $20.00 |
| Service | 01/13/2021 | Email correspondence with bankruptcy clerk re: continue for settlement. | 0.10 | $200.00 | $20.00 |
| Service | 01/18/2021 | Email to client re: settlement offer, mortgage statement and viability of bankruptcy. | 0.10 | $200.00 | $20.00 |
| Service | 02/03/2021 | Email correspondence with trustee re: request for continuance. Review motion to dismiss. Attend hearing re: receive new hearing date. | 0.30 | $200.00 | $60.00 |
| Service | 02/15/2021 | Review/revise petition for leave to withdraw. Draft notice of motion. Check website for hearing date. | 0.70 | $200.00 | $140.00 |
| Service | 02/15/2021 | Draft: Drafted Motion for leave to withdraw in Chapter 13 Bankruptcy. | 0.33 | $70.00 | $23.10 |
| Service | 02/17/2021 | Email correspondence with counsel for Bayview re: objection to claim. Email correspondence with court clerk re: objection to claim. | 0.05 | $200.00 | $10.00 |
| Service | 03/10/2021 | Email correspondence with trustee re: motion to | 0.20 | $200.00 | $40.00 |

Invoice # 258 - 08/19/2021

| | | | | | |
|---|---|---|---|---|---|
| | | dismiss and confirmation hearing. Phone call with trustee re: motion to dismiss and motion to withdraw as counsel. | | | |
| Expense | 03/16/2021 | previous balance: Carry Forward from invoice no: 15903 | 1.00 | $1,837.50 | $1,837.50 |
| Service | 04/06/2021 | Review email correspondence with client. Draft/file certification of attorney attempts to communicate with debtor. Email correspondence with court. Email correspondence with trustee. Email correspondence with counsel for Bayview. Draft/file memorandum in support of objection to claim. | 1.20 | $200.00 | $240.00 |
| Service | 04/07/2021 | Prepare for hearing on motion to withdraw, motion to dismiss and objection to claim. Create proposed new plan. Phone call with client re: proposed new plan and payment amount and dismissing bankruptcy. Attend hearing to advise court that debtor is dismissing bankruptcy. | 1.40 | $200.00 | $280.00 |
| Service | 04/28/2021 | Draft: Drafted motion for alternative disbursement; researched example of motion | 0.54 | $100.00 | $54.00 |
| Service | 04/28/2021 | Conference with SS re: draft motion for alternative disbursement. Review/revise motion for alternative disbursement. Draft notice of motion and hearing. Conference with SS re: service of motion. | 1.00 | $200.00 | $200.00 |
| Service | 06/02/2021 | Attend hearing on motion for alternative disbursement. | 0.40 | $200.00 | $80.00 |
| | | | | **Total** | **$7,143.10** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 258 | 09/18/2021 | $7,143.10 | $0.00 | $7,143.10 |
| | | | **Outstanding Balance** | **$7,143.10** |
| | | | **Total Amount Outstanding** | **$7,143.10** |

Please make all amounts payable to: Avallone Law Associates

Please pay within 30 days.