IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA

In Re:  **Donna Means**  :  Chapter 13

:

**Debtors**  :  No. 18-18179-AMC

# ORDER

**AND NOW** upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $2,562.14.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

**BY THE COURT:**

_____
**Ashely M. Chan**
**United States Bankruptcy Judge**

**Date: September 17, 2021**

cc:
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pa.  19107

William C. Miller, Esq.
Chapter 13 Standing Trustee
111 S. Independence Mall-Suite 583
Philadelphia, Pa.  19106